## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ATLANTIC RECORDING CORP. et al.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06cv525** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **STEVE STEINBRINK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Counsel for the parties have advised the court that they intend to mediate this matter.

**IT THEREFORE IS ORDERED:**

1. This matter is stayed pending the outcome of mediation.

2. No later than **March 30, 2007**, counsel shall file a joint status report advising the court of the identity and address of their chosen mediator.

Dated this 26th day of February 2007.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge