IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ATLANTIC RECORDING CORPORATION**, a Delaware corporation, **CAPITOL RECORDS, INC.**, a Delaware corporation, **PRIORITY RECORDS, LLC**, a California limited liability company, **SONY BMG MUSIC ENTERTAINMENT**, a Delaware general partnership, **ARISTA RECORDS, LLC**, a Delaware limited liability company, and **BMG MUSIC**, a New York general partnership, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **CASE NO. 8:06CV525** |
| **Plaintiffs,** | ) ) ) | **ORDER** |
| v. | ) ) | |
| **STEVE STEINBRINK,** | ) ) | |
| **Defendant.** | ) | |

The matter before the Court is the parties' Joint Stipulation to Dismissal (Filing No. 19), in which the parties stipulate to dismissal of the Plaintiffs' claims with prejudice. I find that the joint stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and it should be approved. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation to Dismissal (Filing No. 19) is approved, and the relief requested therein is granted;

2. The Plaintiffs' claims are dismissed with prejudice; and

3. The parties shall pay their own costs and attorneys' fees as stated in Filing No. 19.

DATED this 30th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge